UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

  vs.

ANTONIO TERRYLL WIMBERLY, JR.,      **INDICTMENT**

        Defendant.
_____/

The Grand Jury charges:

(Possession with Intent to Distribute Controlled Substances)

On or about November 4, 2025, in Berrien County, within the Southern Division of the Western District of Michigan,

ANTONIO TERRYLL WIMBERLY, JR.

knowingly and intentionally possessed with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, and heroin, a Schedule I controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)(viii)
21 U.S.C. § 841(b)(1)(B)(vi)
21 U.S.C. § 841(b)(1)(C)

## FORFEITURE ALLEGATION
(Possession with Intent to Distribute Controlled Substances)

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 21 U.S.C. § 853.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. § 841(a)(1), set forth in this Indictment,

ANTONIO TERRYLL WIMBERLY, JR.

shall forfeit to the United States of American any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense. The property to be forfeited includes, but is not limited to, $2,947 in U.S. currency seized on or about November 4, 2025.

21 U.S.C. § 853
21 U.S.C. § 841(a)(1)

A TRUE BILL

[ /s/ Redacted ]
GRAND JURY FOREPERSON

TIMOTHY VERHEY
United States Attorney

_[signature]_

DANIEL T. McGRAW
Assistant United States Attorney